JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cv-1736 JFW(PLAx) |
| Plaintiff, | Judgment and Permanent Injunction |
| v. | |
| CUBBY WILLIAMS, individually and doing business as WILLIAMS FINANCIAL NETWORK, *et al.* | |
| Defendants. | |

On the United States of America's motion for default judgment and for good cause shown:

1. Default judgment is entered in favor of the United States and against Cubby Williams, individually and doing business as Williams Financial Network, and Williams Financial Network, Inc.

2. The Court finds:

    a. That Defendants have continually and repeatedly engaged in fraudulent or deceptive conduct that substantially interferes with the proper administration of the Internal Revenue Code (26 U.S.C) (IRC), they have continually and repeatedly engaged in conduct that is subject to penalty under IRC § 6694, and injunctive relief is appropriate under IRC § 7407;

    b. That an injunction solely prohibiting Defendants' fraudulent conduct would not be sufficient to prevent their interference with the proper administration of the Internal Revenue Code and, therefore, an injunction under IRC § 7407 prohibiting Defendants from acting as tax-return preparers is appropriate;

    c. That Defendants have engaged in conduct that is subject to penalty under IRC § 6701 and that injunctive relief is appropriate under IRC § 7408; and

    d. That Defendants have continually and repeatedly engaged in conduct that substantially interferes with the enforcement of the Internal Revenue Code by preparing and filing fraudulent federal income-tax returns and that injunctive relief is appropriate under IRC §§ 7402 to prevent recurrence of that conduct.

3. Defendants and all persons who are in active concert or participation with them are permanently barred from directly or indirectly:

a. Acting as a federal tax-return preparer and preparing or filing federal tax returns and forms, including assisting in the preparation or filing of federal tax returns and forms, for others;

b. Representing others before the IRS;

c. Advising anyone concerning federal tax matters;

d. Owning, operating, managing, controlling, working for, profiting from, or volunteering for any business that provides services relating to the filing or preparation of federal tax returns;

e. Using, maintaining, renewing, obtaining, transferring, selling, or assigning any PTIN and EFIN;

f. Engaging in any activity that is subject to penalty under 26 U.S.C. §§ 6694 or 6701;

g. Engaging in conduct that substantially interferes with the proper administration or enforcement of the internal-revenue laws; and

h. Promoting any abusive tax-avoidance scheme.

4. Defendants, at their own expense, shall:

a. Send by certified mail, return receipt requested, a copy of this judgment and permanent injunction and a copy of the complaint, to each person for whom they each have prepared a federal tax return or any other federal tax form since January 1, 2015;

b. Turn over to the United States copies of all tax returns and claims for refunds that they each have prepared since January 1, 2015;

c. Turn over to the United States a list with the name, address, telephone number, email address, and social security number or other tax identification number of all customers for whom each Defendant has prepared a tax return or claim for refund since January 1, 2015;

d.    Surrender to the Secretary of the Treasury or his delegate all PTINs held by, assigned to, or used by each Defendant and all EFINs held by, assigned to, or used by each Defendant;

                e.    Prominently post a copy of the injunction in each place of business where each Defendant prepared tax returns;

                f.    File a sworn statement with the Court evidencing each Defendant's compliance with each directive set forth in paragraphs 4(a) through 4(e) above within 45 days of entry of this judgment and permanent injunction; and

                g.    Keep records of each Defendant's compliance with each directive set forth in paragraph 4(a) through 4(e) above.

    5.    The United States is authorized to monitor Defendant's compliance with this injunction through post-judgment discovery.

    IT IS SO ORDERED.

    Dated: July 23, 2019          _____
                                   JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE